UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA    )
                            )
            v.              )    NO.  3:12-mj-1033
                            )
BRIAN SCOTT BOTTOMS         )


**O R D E R**


In this proceeding, defendant Bottoms has filed several pro se motions despite the fact that since his initial appearance he has been represented by court-appointed counsel.

Local Rule 83.01(f)(5) provides as follows:

> Whenever a party has appeared by attorney, he may not thereafter appear or act in his own behalf in the action or proceeding, or take any step therein, unless an order of substitution shall first have been made by the Court, after notice to the attorney by such party and to the opposing party; provided, that the Court may in its discretion hear a party in open court, notwithstanding the fact that he has appeared or is represented by an attorney.

The pro se filings by defendant Bottoms violate the foregoing Local Rule. For this reason, the undersigned Magistrate Judge DENIES the following motions pending in this action, all of which have been filed pro se by defendant Bottoms: Docket Entry Nos. 4, 5, 6, 7, 24 and 31.

The foregoing ruling is without prejudice to the refiling of the same or similar motions on behalf of defendant Bottoms by his counsel of record.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge