ORDER:

In the absence of
opposition, this motion
is granted.

John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 3:12-mj-01033 |
| v. | ) | |
| | ) | |
| BRIAN SCOTT BOTTOMS | ) | |

### DEFENDANT BRIAN S. BOTTOMS' MOTION TO CHANGE ADDRESS AND RESIDENCE

Defendant Brian S. Bottoms, by and through undersigned counsel, respectfully requests the Court to approve a change of address and residence to Nashville, Tennessee. Mr. Bottoms originally resided with his father at 305 Kingwood Lane, Rockvale, TN. The new address is 2307 Milton Drive, Nashville, TN. Mr. Bottoms first sought the permission of the Probation Department before making this change of address. The change of address was necessary due to some problems which had developed with Mr. Bottoms' father.

Accordingly, undersigned counsel requests permission from the Court to allow Mr. Bottoms to continue to reside at 2307 Milton Drive, Nashville, TN while this is pending.

THE LAW OFFICE OF DAVID L. COOPER, P.C.

s/ David L. Cooper
DAVID L. COOPER, BPR# 11445

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, TN 37201
(615) 256-1008

*Attorney for Defendant*