ORDER:
a hearing on this motion is set for January 11, 2013, at 10:00 a.m. Counsel shall notify Mr. Bottoms of this hearing.

John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 3:12-mj-1033 |
| v. | ) | |
| | ) | MAGISTRATE JUDGE BRYANT |
| BRIAN SCOTT BOTTOMS | ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Undersigned counsel does hereby move the Court for permission to withdraw as appointed counsel for Defendant Brian Bottoms. For reason, undersigned counsel has filed Under Seal an affidavit to explain the reasons for the motion. A copy of the motion and affidavit will be mailed to Defendant Bottoms.

THE LAW OFFICE OF DAVID L. COOPER, P.C.

s/ David L. Cooper
DAVID L. COOPER   BPR #11445

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, Tennessee 37201
(615) 256-1008

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **Motion to Withdraw** has been delivered by the Court's CM/ECF system to **Phil Wehby, AUSA**, 110 9th Ave. South, Suite A-961, Nashville, TN 37203-3870, on this 13th day of December, 2012.

s/ David L. Cooper
DAVID L. COOPER

1