No. 12-6030

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Feb 14, 2013
DEBORAH S. HUNT, Clerk

In re: BRIAN SCOTT BOTTOMS,   )
                              )     O R D E R
        Petitioner.           )

Before: BOGGS and MOORE, Circuit Judges; FORESTER, District Judge.[*]

Brian Scott Bottoms petitions this court for a writ of mandamus, asking the court to compel the district court to hold a preliminary hearing and a detention hearing and to rule on his motions to preserve evidence and dismiss his criminal complaint.

A criminal complaint was filed on June 6, 2012, alleging that Bottoms influenced, impeded, or retaliated against a federal official by threat. Bottoms then filed five pro se motions to establish a trial date, to preserve and produce evidence, to dismiss the complaint, to set a reasonable bond, and to supplement his motion to dismiss. The government moved to detain Bottoms.

The district court denied Bottoms's pro se motions because he was represented by court-appointed counsel. The district court also temporarily detained Bottoms, and his preliminary and detention hearings were held in abeyance pending a mental-health examination. The examination was completed, and the district court found Bottoms competent to stand trial. Thereafter, Bottoms waived a preliminary hearing, and he was released on his own recognizance. Thus, he has received all of the relief he requested in his mandamus petition.

---

[*]The Honorable Karl S. Forester, Senior United States District Judge for the Eastern District of Kentucky, sitting by designation.

No. 12-6030
- 2 -

The mandamus petition is **DISMISSED AS MOOT**.

ENTERED BY ORDER OF THE COURT

_____
Clerk